People v Register (2023 NY Slip Op 03019)

People v Register

2023 NY Slip Op 03019

Decided on June 7, 2023

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on June 7, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

FRANCESCA E. CONNOLLY, J.P.
CHERYL E. CHAMBERS
ROBERT J. MILLER
DEBORAH A. DOWLING
JANICE A. TAYLOR, JJ.

2021-02624
2021-02625
2021-02626
2021-02627
 (Ind. No. 383/18; S.C.I. Nos. 541/18, 542/18, 543/18)

[*1]The People of the State of New York, respondent,
v
Jeffrey Register, appellant.

Patricia Pazner, New York, NY (David P. Greenberg of counsel; Russ Altman-Merino on the memorandum), for appellant.
Michael E. McMahon, District Attorney, Staten Island, NY (Thomas B. Litsky and George D. Adames of counsel), for respondent.

DECISION & ORDER
Appeals by the defendant, as limited by his motion, from four sentences of the Supreme Court, Richmond County (Alexander Jeong, J.), all imposed March 22, 2021, upon his pleas of guilty, on the ground that the sentences were excessive.
ORDERED that the sentences are affirmed.
The sentences imposed were not excessive (see People v Suitte , 90 AD2d 80).
CONNOLLY, J.P., CHAMBERS, MILLER, DOWLING and TAYLOR, JJ., concur.
ENTER:
Maria T. Fasulo
Clerk of the Court